AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Otazo-Reyes, Alicia M. | U.S. District Court, Southern District of Florida | 04/28/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full time | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

301 N. Miami Avenue, 10th Floor
Miami, Florida 33128

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 04/28/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | A | Interest | N | T | | | | | |
| 2. Capital One 360 Account | A | Interest | | | Closed | 07/10/15 | M | | |
| 3. IRA #1 (H) | | | | | | | | | |
| 4. Bank of America, NA, RASP (cash account) (X) | A | Interest | K | T | | | | | |
| 5. AB Large Cap Growth Fund | B | Dividend | K | T | Buy | 04/01/15 | J | | |
| 6. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 7. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 8. Allianzgi NFJ Int'l Value MF | A | Dividend | | | Sold | 04/01/15 | J | A | |
| 9. American Funds, American Fundamental MF | A | Dividend | | | Sold | 04/01/15 | K | C | |
| 10. Blackrock Equity Dividend MF | | None | | | Sold | 04/01/15 | K | C | |
| 11. Blackrock High Yield Bd. Portfolio Fund | A | Dividend | J | T | Buy | 04/02/15 | J | | |
| 12. Blackrock Secured Credit Portfolio | A | Dividend | J | T | Buy | 04/02/15 | J | | |
| 13. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 14. Columbia Large Cap Enhanced Core Fund | A | Dividend | K | T | Buy | 04/01/15 | J | | |
| 15. | | | | | Buy (add'l) | 04/22/15 | K | | |
| 16. Delaware Value Fund | A | Dividend | K | T | Buy | 04/01/15 | J | | |
| 17. | | | | | Buy (add'l) | 04/22/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Dreyfus Appreciation FD MF | B | Dividend | | | Sold (part) | 04/01/15 | L | A | |
| 19. | | | | | Sold | 04/22/15 | J | A | |
| 20. Eaton Vance Floating Rate MF | A | Dividend | J | T | Sold (part) | 04/22/15 | J | | |
| 21. | | | | | Sold (part) | 11/30/15 | J | | |
| 22. Fidelity Advisors Mid Cap Value Fund | A | Dividend | J | T | Buy | 04/02/15 | J | | |
| 23. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 24. First TR Dorsey WRT | A | Dividend | J | T | Buy | 03/26/15 | J | | |
| 25. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 26. Glenmede Large Cap Growth Fund | A | Dividend | K | T | Buy | 04/01/15 | J | | |
| 27. | | | | | Buy (add'l) | 04/02/15 | J | | |
| 28. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 29. | | | | | Buy (add'l) | 12/03/15 | J | | |
| 30. Goldman Sachs Emerging Markets Debt Fund | A | Dividend | J | T | Buy | 04/02/15 | J | | |
| 31. Guggenheim Macro Opportunities Fund | A | Dividend | | | Buy | 04/02/15 | J | | |
| 32. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 33. | | | | | Sold | 08/03/15 | J | | |
| 34. Hennessy Focus Fund | A | Dividend | J | T | Buy | 04/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 36. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 37. Hotchkis and Wiley Small Cap Value Fund | A | Dividend | J | T | Buy | 04/02/15 | J | | |
| 38. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 39. iShares 20+ year Treasury Bond ETF | A | Dividend | J | T | Buy | 07/27/15 | J | | |
| 40. iShares Core US S&P 500 ETF | A | Dividend | K | T | Buy | 04/01/15 | K | | |
| 41. iShares Core US Growth ETF | A | Dividend | K | T | Buy | 04/01/15 | K | | |
| 42. iShares NASDAQ Biotech ETF | A | Dividend | J | T | Buy | 10/02/15 | J | | |
| 43. iShares Core US Value ETF | A | Dividend | K | T | Buy | 04/01/15 | K | | |
| 44. Janus Intech US Managed Volatility Fund | B | Dividend | K | T | | | | | |
| 45. JOHCM International Select Fund | A | Dividend | J | T | Buy | 04/02/15 | J | | |
| 46. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 47. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 48. JP Morgan Intrepid Mid Cap Fund | A | Dividend | J | T | Buy | 04/02/15 | K | | |
| 49. | | | | | Buy (add'l) | 04/22/15 | K | | |
| 50. Loomis Sayles Investment Grade MF | A | Dividend | | | Sold | 03/31/15 | J | A | |
| 51. Loomis Sayles Strategic Income Fund | A | Dividend | | | Sold | 04/22/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Mainstay Large Cap Growth | C | Dividend | K | T | Sold (part) | 04/22/15 | K | D | |
| 53. Metropolitan West Total Return Bond Fund | B | Dividend | K | T | Sold (part) | 04/22/15 | J | A | |
| 54. MFS International Value Fund | A | Dividend | J | T | Buy | 04/02/15 | J | | |
| 55. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 56. MFS Value FD CL I MF | C | Dividend | K | T | | | | | |
| 57. Openheimer International MF | | None | | | Sold | 04/01/15 | L | A | |
| 58. Pimco Global Bond Fund | A | Dividend | J | T | Buy | 04/02/15 | J | | |
| 59. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 60. Pimco Income Fund | A | Dividend | K | T | Buy | 04/02/15 | J | | |
| 61. | | | | | Buy (add'l) | 11/30/15 | J | | |
| 62. Pioneer Strategic Income Fund | B | Dividend | K | T | Sold (part) | 01/21/15 | J | | |
| 63. | | | | | Sold (part) | 04/22/15 | J | | |
| 64. | | | | | Sold (part) | 11/30/15 | J | | |
| 65. Prudential Short Term Corporate Bond Fund | A | Dividend | J | T | Sold (part) | 04/22/15 | J | | |
| 66. Prudential Total Return Bond Fund | A | Dividend | J | T | Buy | 04/02/15 | J | | |
| 67. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 68. RS Small Cap Equity Fund | B | Dividend | J | T | Buy | 04/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 70. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 71. SPDR Index SHS FDS | A | Dividend | J | T | Buy | 01/21/15 | J | | |
| 72. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 73. Sunamerica Focused Dividend Strategy Fund | B | Dividend | K | T | Buy | 04/01/15 | J | | |
| 74. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 75. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 76. Thornburg Ltd Term Income Fund | A | Dividend | J | T | Buy | 04/02/15 | J | | |
| 77. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 78. Tweedy Browne Global Value Fund | A | Dividend | J | T | Buy | 04/02/15 | J | | |
| 79. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 80. Virtus Emerging Markets Opportunities Fund | A | Dividend | J | T | Buy | 04/02/15 | J | | |
| 81. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 82. Wells Fargo Advantage Large Cap Core Fund | A | Dividend | K | T | Buy | 04/01/15 | J | | |
| 83. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 84. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 85. Wells Fargo Advantage Small Cap MF | A | Dividend | | | Sold | 04/01/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Western Asset Core Plus Bond Fund | A | Dividend | K | T | Buy | 04/02/15 | J | | |
| 87. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 88. | | | | | Buy (add'l) | 11/30/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 04/28/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 3, 9, 10, 20, 44, 50, 51, 52, 53, 62, 65, and 85: These entries correspond with Part VII, lines 3, 8, 12, 14, 9, 10, 11, 18, 21, 25, 26, and 27 of the 2014 report, respectively. Name changes only.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alicia M. Otazo-Reyes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544